UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RYAN REITHEL, ALEC DAVIS, FELIPE H. HERNANDEZ, WILLIAM J. WALTON, DANIEL WALDROP, RICHARD C. ANDERSON, JR., THOMAS R. CORSIGLIA, EDWARD J. SHIKANY, as Trustees of the Local 697, IBEW And Electrical Industry Pension Fund; Lake County, Indiana NECA IBEW Health and Welfare Plan; IBEW and Electrical Industry Local 697 Money Purchase Plan and Trust; IBEW Local 697 SubFund, IBEW Local Union 697 and Electrical Industry Health & Welfare Plan P Benefit Plan; THOMAS FRAME, PHILIP SHIKANY, WILLIAM J. WALTON, RYAN REITHEL, RONALD GOODMAN, IVAN SIMMONS, as Trustees of Local 697 IBEW and Electrical Industry Apprentice and Training Trust; RYAN REITHEL, as Business Manager of IBEW Local 697, as representative in his capacity as custodian of the IBEW Local 697 Vacation Fund and IBEW Local 697 Union Dues | |
| Plaintiffs, | Civil No. 2:18-cv-00114-JVB-JEM |
| v. | |
| E&S TECHNOLOGY SOLUTIONS, LLC and EGS TECHNOLOGY SOLUTIONS, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL OF CLAIMS**

COME NOW the parties, by their respective counsel, and stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss all claims asserted by the parties in this action without prejudice. Costs paid.

s/ Harold G. Hagberg                    s/ Joseph Bombagetti
Attorney for Plaintiffs:                Attorney for Defendants:

| | |
|---|---|
| Harold G. Hagberg<br>Hagberg & Associates<br>PO Box 1523<br>Crown Point, IN  46308<br>219-864-9055 | Joseph Bombagetti<br>Kelly Law Offices<br>1619 Junction Avenue<br>Schererville, IN 46375<br>219-791-0606 |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the United States District Court, using the CM/ECF System, which electronically sent notification of such filing to all counsel of record.

/s/  Harold G. Hagberg